# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CAMPANELLA CORPORATION, A CALIFORNIA CORPORATION,**<br><br>Defendant. | CASE NO. 18-cv-04669-YGR<br><br>**ORDER OF DISMISSAL** |

The Court has been advised that the parties have agreed to a settlement of this case. (Dkt. No. 48.) Accordingly, pursuant to that notice, it is hereby **ORDERED** that this case is dismissed **without** prejudice. However, if any party hereto shall certify to this Court, on or before July 15, 2021, with proof of service thereof on the opposing party, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the calendar.

If no certification is filed, after July 15, 2021, the dismissal shall be **with** prejudice. The parties may, of course, substitute a dismissal with prejudice at any time prior.[1]

**IT IS SO ORDERED.**

Dated: October 17, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The compliance hearing set for October 18, 2019 is hereby **VACATED**.